Decided April 8, 1996

## STATE OF CONNECTICUT *v.* JAMES R. WELCH, SR.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Kent Drager*, assistant public defender, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided April 8, 1996